IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jerome Curry, | ) C/A No. 0:11-01405-HFF-PJG |
|                       Petitioner, | ) |
| v. | ) |
| Director of the Charleston County Detention Center, | ) **ORDER** |
|                       Respondent. | ) |

This is an action seeking habeas corpus relief under 28 U.S.C. § 2241. Petitioner is a prisoner. Therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in Houston v. Lack, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. By Order issued on June 22, 2011, Petitioner was given a specific time frame in which to bring this case into proper form. Petitioner has complied with the Court's Order, and this case is now in proper form.

Petitioner has requested to proceed without prepaying the filing fee by filing an Application to Proceed without Prepayment of Fees and Affidavit (Form AO-240), which is construed as a Motion to Proceed *in forma pauperis*. (ECF No. 13.) Based on a review of the Motion, Petitioner's request to proceed *in forma pauperis* is **granted**.

Petitioner has also filed a document requesting an investigation of his pending state criminal case, which has been construed as a Motion for an Investigation. (ECF No. 11.) As the instant Petition is recommended for summary dismissal, Petitioner's Motion is **denied**.

**TO THE CLERK OF COURT:**

The Clerk of Court shall not serve the § 2241 Petition upon Respondent because the Petition is subject to dismissal.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 23, 2011
Columbia, South Carolina